**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alejandro Rivas Casillas,<br>Petitioner,<br>v.<br>John E Cantu, et al.,<br>Respondents. | No. CV-26-04385-PHX-JCH<br><br>**ORDER** |

On July 1, 2026, the Court granted Petitioner's habeas corpus petition and directed that Petitioner be provided a bond redetermination hearing within ten days or released from custody under the same conditions that existed before his detention. (Doc. 7.) On August 6, 2026, Petitioner filed a Motion to Enforce the Court's Grant of the Habeas Corpus Petition indicating that Petitioner did not receive adequate notice of the bond hearing. (Doc. 13.) On September 10, 2026, Petitioner filed a Request for His Motion to Enforce be Granted as Unopposed. (Doc. 14.) In Response, Respondents state: "Respondents hereby notify the Court that they do not oppose a new constitutionally compliant bond hearing with adequate notice to Petitioner as requested in Petitioner's Motion to Enforce (Doc. 13) should the Court determine that is the proper remedy nor do Respondents oppose Petitioner's release should the Court deem release the proper remedy." (Doc. 15.)

Accordingly,

**IT IS ORDERED that** Petitioner's Motion to Enforce the Court's Grant of the Habeas Corpus Petition (Doc. 13) and Request for His Motion to Enforce be Granted as

Unopposed (Doc. 14) are **granted**. Respondents must immediately release Petitioner from custody under the same conditions that existed before Petitioner's detention.

**IT IS FURTHER ORDERED that** Respondents must provide a notice of compliance **within three days** of releasing Petitioner.

Dated this 14th day of September, 2026.

John C. Hinderaker
United States District Judge